I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 4-21-15

DEPUTY CLERK

FILED
CLERK, U.S. DISTRICT COURT
APR 21 2015
CENTRAL DISTRICT OF CALIFORNIA
BY               DEPUTY

O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDIE CHAVIRA,<br><br>　　　　　Petitioner,<br><br>　vs.<br><br>KIM HOLLAND,<br><br>　　　　　Respondent. | Case No. EDCV 14-2083-BRO (RNB)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court accepts the findings and recommendations of the Magistrate Judge.

　　　IT THEREFORE IS ORDERED that Judgment be entered denying the Petition and dismissing this action with prejudice.

DATED: 4.17.15

BEVERLY REID O'CONNELL
UNITED STATES DISTRICT JUDGE